# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **WOODROW DAW,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CASE NO. 1:19-cv-00525-MU |
| | * | |
| **G.A. WEST & CO., INC.,** | * | |
| | * | |
| Defendant. | * | |
| | * | |

## NOTICE OF SERVICE OF DISCOVERY

Defendant, G.A. West & Co., Inc. ("G.A. West"), hereby gives notice that on March 3, 2020, it served on counsel for all parties the following:

- G.A. West's Responses to Plaintiff's First Requests for Production;
- G.A. West's Responses to Plaintiff's First Requests for Admission; and
- G.A. West's Responses to Plaintiff's First Set of Interrogatories.

Respectfully submitted,

 /s/ T. Hart Benton, III
W. CRAIG HAMILTON (HAMIW1893)
chamilton@mcdowellknight.com
T. HART BENTON, III
tbenton@mcdowellknight.com
Attorneys for G.A. West & Co., Inc.

OF COUNSEL:

MCDOWELL KNIGHT ROEDDER
 & SLEDGE, LLC
11 North Water St., Ste. 13290
Mobile, Alabama  36602
(251) 432-5300
(251) 432-5303 (fax)

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 3rd day of March, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF electronic document filing system which sends notification of such filing to the following attorneys of record:

Kira Fonteneau, Esq.
The Fonteneau Firm LLC
2151 Highland Avenue, Suite 205
Birmingham, AL 35205

               *T. Hart Benton, III*
               COUNSEL